**United States District Court**
**Eastern District of Michigan**

**Thomas E. Perez**, Secretary of Labor,
United States Department of Labor,

      Plaintiff,                           No: 2:14-cv-12804

v.

                                        Honorable Gerald E. Rosen
**Service Employees International**      Mag Judge R. Steven Whalen
**Union, Healthcare Michigan,**

      Defendant.

---

## Notice of Filing Certification of Election

Plaintiff, Thomas E. Perez, Secretary of Labor, United States Department of Labor ("Secretary" or "Plaintiff"), filed a complaint against Defendant, Service Employees International Union, Healthcare Michigan ("Defendant" or the "Local Union") under Title IV of the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. § 401 *et seq*. ("LMRDA" or the "Act"). Plaintiff's action sought to have the Defendant's officer elections for the offices of President, Secretary-Treasurer, Recording Secretary, Vice President Nursing Home Division, Vice President Home Care Division, Vice President Hospital Division, Vice President Nurse Alliance Division, Vice President Detroit Medical Center, Vice President Oakwood Health Care Systems, Vice President Mercy Health Partners, Nursing

Home Executive Board Region 2, Home Care Executive Board Region 2, Hospital Executive Board Region 2, Nursing Home Executive Board Region 3, and Hospital Executive Board Region 5, which were concluded on March 22, 2013, be declared void, and requested that a new election for those offices be conducted under the supervision of the Plaintiff.

On November 14, 2014, the parties filed a Stipulation of Settlement and Order, ("Stipulation and Order"), Doc. #6.  The Stipulation and Order provided that the Secretary would supervise the Local Union's next regularly scheduled election of the above-listed offices, which was to be concluded on or before March 22, 2016.  Further, the Stipulation and Order provided that this Court would retain jurisdiction of this action, and after completion of the supervised election, Plaintiff would certify to the Court the name of the persons so elected, and that such election was conducted in accordance with Title IV of the Act, and insofar as lawful and practicable, in accordance with the provisions of the Local Union's Constitution and Bylaws.

The Secretary supervised the Local Union's election of officers, which was completed on January 27, 2016.  There were no challenged positions, as all nominated candidates were unopposed.  The Secretary received no election protests during the election protest period.  Accordingly, the Secretary concluded that the Local Union's election complied with Title IV of the LMRDA and was

conducted, insofar as lawful and practicable, in accordance with the Local Union's Constitution and Bylaws.

Pursuant to the Stipulation and Order dated November 14, 2014 (Doc. #6), Plaintiff files herewith the Certification of Election.  Plaintiff simultaneously submits, via the Court's "utilities" function, an order declaring the duly elected officers and dismissing this matter.

Respectfully submitted,

Barbara L. McQuade
United States Attorney

*s/Laura Anne Sagolla*
Laura Anne Sagolla
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, Michigan 48226
(313) 226-9774
Email: laura.sagolla@usdoj.gov

Dated:  June 10, 2016

## __Certificate of Service__

I hereby certify that on June 10, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

David R. Radtke

*s/Laura Anne Sagolla*
Laura Anne Sagolla
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, Michigan 48226
(313) 226-9774
Email: laura.sagolla@usdoj.gov