IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

THOMAS PEREZ, Secretary of Labor,
United States Department of Labor,

    Plaintiff,

v.

SERVICE EMPLOYEES
INTERNATIONAL UNION
HEALTHCARE MICHIGAN,

    Defendant.

Case No: 2:14-cv-12804

Honorable Gerald E. Rosen
Mag Judge R. Steven Whalen

### CERTIFICATION OF ELECTION

The election having been conducted in the above matter under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to a Stipulation of Settlement and Order entered November 14, 2014, in the United States District Court for Eastern District of Michigan, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. §§ 481-483), and in conformity with the constitution and bylaws of the defendant labor organization, insofar as lawful and practicable, and no post-election complaints having been received concerning the conduct thereof, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

cert

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected to the offices designated:

| | |
|---|---|
| Marge Robinson | President |
| Shalaya Bryant | Secretary-Treasurer |
| Loretta Briggs | Recording Secretary |
| Angie Goudy | VP Nursing Home Division |
| Craig Dirkse | VP Hospital Division |
| Diane Nussbaum | VP Homecare Division |
| Jean Jakobi | VP Nurse Alliance Division |
| Lavon Holt | VP Oakwood |
| Sylvester Pete | VP Mercy Health Partners |
| Evett Conner | VP Detroit Medical Center |
| Marcia Bridges | Home Care At-Large EB |
| Bessie Thomas | Home Care At-Large EB |
| Tessile Lafever | Home Care At-Large EB |
| Julie Vanisacker | Region 1: Hospital |
| Tara DeCoster | Region 2: Nursing Home |
| Shaji Thomas | Region 2: Hospital |
| Connie Lynn | Region 2: Nurse Alliance |
| Syvilria Faulken | Region 3: Nursing Home |

| | |
|---|---|
| Marsh Weston | Region 3: Hospital |
| Martha Nichols | Region 3: Nurse Alliance |
| Yolanda Bryant | Region 4: Nursing Home |
| Senka Fettig | Region 4: Hospital |
| Susanne Gallagher | Region 4: Nurse Alliance |
| Lola Scott | Region 5: Nursing Home |
| Kim Duncan | Region 5: Hospital |
| David Tinsley | Region 5: Nurse Alliance |
| Leslie Roby | Region 6: Nursing Home |
| Melissa Bloom | Region 6: Nurse Alliance |
| Elizabeth Villareal | Region 7: Hospital |
| Tam Maxwell | Region 7: Nurse Alliance |

Signed this ___ day of May 2016.

Sharon Hanley, Chief
Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor